IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40661
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KEITH FISHER,

                                        Defendant-Appellant.



- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CR-35-1
- - - - - - - - - -

May 29, 1996

Before HIGGINBOTHAM, DUHÉ and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[1]

     This is a direct criminal appeal from Keith Fisher's
conviction for conspiracy to possess with intent to distribute in
excess of 500 grams of cocaine.  Fisher contends that the district
court erred by denying his motion to suppress the cocaine law
enforcement officers discovered after a purportedly improper
search.  We have reviewed the record and the briefs of the parties
and AFFIRM the district court's ruling denying Fisher's motion to

_____

     [1]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

suppress the cocaine for essentially the same reasons set forth by the district court in its February 6, 1995, decision denying the motion to suppress.  United States v. Fisher, No. 6:94-CR-35-1 (E.D. Tex. Feb. 6, 1995).

AFFIRMED.